**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID HAAGENSEN,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN, FCI - FAIRTON,<br><br>                    Respondent. | Civil Action No: 25-4299 (SDW)<br><br>**WHEREAS OPINION**<br><br>May 20, 2025 |

**WIGENTON**, District Judge.

      **THIS MATTER** having come before this Court upon *pro se* Petitioner David Haagensen's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and

      **WHEREAS** the filing fee for a petition for writ of habeas corpus is $5.00. Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing; and

      **WHEREAS** if a prisoner does not pay the filing fee and instead seeks to proceed *in forma pauperis*, that petitioner must submit (a) an affidavit setting forth information which establishes that the petitioner is unable to pay the fees and costs of the proceedings, and (b) a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoner's institutional account during the six-month period prior to the date of the certification. L.Civ.R. 81.2(b). If the institutional account of the petitioner exceeds $200, the petitioner shall not be considered eligible to proceed *in forma pauperis*. L.Civ.R. 81.2(c).; and

      **WHEREAS** Petitioner did not pay the filing fee or submit an *in forma pauperis* application; and

**WHEREAS** under the local rules, "[u]nless prepared by counsel, petitions to this Court for a writ of habeas corpus … shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk." L.Civ.R. 81.2(a). Petitioner did not submit his habeas petition on the Clerk's form; and

**WHEREAS** the Clerk will be ordered to administratively terminate the Petition without prejudice pending receipt of the filing fee, or a complete *in forma pauperis* application, and an amended petition on the Clerk's form.

An appropriate order follows.

                                                */s/ Susan D. Wigenton*
                                         **SUSAN D. WIGENTON, U.S.D.J.**
                                         Dated: May 20, 2025